UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE D. HUNTER,

    Plaintiff,

v.

    Case No. 1:17-cv-832

    HON. JANET T. NEFF

JOHN JOBOULIAN, et al.,

    Defendants.
_____/

## ORDER

This is a civil action. Plaintiff filed a Motion for Preliminary Injunction and Restraining Order (ECF No. 98). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 21, 2020, recommending that Plaintiff's motion be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 104) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction and Restraining Order (ECF No. 98) is DENIED.

Dated: May 19, 2020                        /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge